# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ANDREW E CAHILL<br>         Debtor<br><br>BRIDGECREST CREDIT COMPANY, LLC AS SERVICER FOR CARVANA, LLC<br>         Movant<br><br>vs<br><br>ANDREW E CAHILL<br>         Respondent<br><br>and<br><br>KENNETH E. WEST<br>         Trustee | CHAPTER 13<br><br>CASE NO.: 24-12179-AMC<br><br>STIPULATION RESOLVING BRIDGECREST CREDIT COMPANY, LLC AS SERVICER FOR CARVANA, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY |

### ORDER APPROVING STIPULATION RESOLVING BRIDGECREST CREDIT COMPANY, LLC AS SERVICER FOR CARVANA, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC's Motion for Relief from Automatic Stay is approved.

By the Court, _____
Ashely M. Chan
United States Bankruptcy Judge

Dated: Nov. 8, 2024