IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ANDREW E CAHILL<br>       Debtor,<br><br><br>TOYOTA MOTOR CREDIT CORPORTATION<br>       Movant,<br><br>   v.<br><br>ANDREW E CAHILL, and<br>KENNETH E. WEST, Trustee,<br>       Respondents. | Bankruptcy No. 24-12179-amc<br><br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the May 7, 2025, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

| | |
|---|---|
| **Andrew E Cahill**<br>7711 Burholme Avenue<br>Philadelphia, PA 19111 | **BRAD J. SADEK**<br>Sadek Law Offices, LLC<br>1500 JFK Boulevard<br>Ste 220<br>Philadelphia, PA 19102 |
| KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Office of United States Trustee<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |

                                                By: /s/ Keri P. Ebeck
                                                Keri P. Ebeck, Esq.
                                                PA I.D. # 91298
                                                kebeck@bernsteinlaw.com
                                                601 Grant Street, 9th Floor
                                                Pittsburgh, PA 15219
                                                Phone (412) 456-8112
                                                Fax (412) 456-8135