BL9978333

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

IN RE: ANDREW E CAHILL  : Chapter: 13
: 
: 
: 
: CASE NO: 24-12179
:

**NOTICE OF ADDRESS CHANGE**

Toyota Motor Credit Corporation hereby changes its address for its claim number 3, account number ending in 1153 filed in this case. Any other addresses for notices or other claims should not be affected by this change and should remain the same.

Previous Address:

Toyota Motor Credit Corporation
PO Box 9013
Addison, TX  75001

New Address for Notices:

Toyota Motor Credit Corporation
c/o Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0702
610-228-2570
proofofclaim@becket-lee.com

New Address for Payments:

Toyota Motor Credit Corporation
c/o Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0702
610-228-2570
payments@becket-lee.com

Respectfully Submitted,

By: /s/ Christopher Cramer

Christopher S Cramer, Claims Administrator
Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0702

DATE: 12/3/2025