UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
:
ANDREW E. CAHILL : BANKRUPTCY NO. 24-12179-amc
      Debtor :
: CHAPTER 13
PENNSYLVANIA HOUSING :
FINANCE AGENCY : L.B.R. 9014-3
:
      Movant :
:
vs. :
:
ANDREW E. CAHILL and :
KENNETH E. WEST, Trustee :
      Respondents :

## ORDER APPROVING STIPULATION

AND NOW on this __8th__ day of __Jan._____, 2026, upon presentation and consideration of the Stipulation entered into between the parties to provide Movant with adequate protection of its security interest in lieu of immediate relief from the automatic stay, IT IS HEREBY ORDERED that the Stipulation is approved by this Court and the Stipulation will be binding upon the parties effective immediately.

cc:    Leon P. Haller, Esquire
       Via E-Mail: ECF/CM

       Kenneth E. West, Esquire
       Via E-Mail: ECF/CM

       Brad J. Sadek, Esquire
       Via E-Mail: ECF/CM

       Andrew E. Cahill
       7711 Burholme Avenue
       Philadelphia, PA 19111

BY THE COURT:

_____
Ashely M. Chan
Chief Bankruptcy Judge

United States Trustee
Via: E-Mail: ECF/CM