United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 24-12179-amc

Andrew E Cahill                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                              Page 1 of 2

Date Rcvd: Jan 08, 2026             Form ID: pdf900                    Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew E Cahill, 7711 Burholme Avenue, Philadelphia, PA 19111-2412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2026                 Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Andrew E Cahill brad@sadeklaw.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com<br>btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com<br>dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |

District/off: 0313-2                     User: admin                              Page 2 of 2
Date Rcvd: Jan 08, 2026                  Form ID: pdf900                      Total Noticed: 1

REGINA COHEN
                        on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC rcohen@lavin-law.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| ANDREW E. CAHILL | : BANKRUPTCY NO. 24-12179-amc |
| Debtor | : |
| | : CHAPTER 13 |
| PENNSYLVANIA HOUSING | : |
| FINANCE AGENCY | : L.B.R. 9014-3 |
| | : |
| Movant | : |
| | : |
| vs. | : |
| | : |
| ANDREW E. CAHILL and | : |
| KENNETH E. WEST, Trustee | : |
| Respondents | : |

## ORDER APPROVING STIPULATION

AND NOW on this ____8th____ day of _____Jan._____, 2026, upon presentation and consideration of the Stipulation entered into between the parties to provide Movant with adequate protection of its security interest in lieu of immediate relief from the automatic stay, IT IS HEREBY ORDERED that the Stipulation is approved by this Court and the Stipulation will be binding upon the parties effective immediately.

cc:    Leon P. Haller, Esquire          BY THE COURT:
       Via E-Mail:  ECF/CM

       Kenneth E. West, Esquire
       Via E-Mail:  ECF/CM             _____
                                       Ashely M. Chan
       Brad J. Sadek, Esquire          Chief Bankruptcy Judge
       Via E-Mail: ECF/CM

       Andrew E. Cahill                    United States Trustee
       7711 Burholme Avenue                Via: E-Mail:  ECF/CM
       Philadelphia, PA  19111

1